UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ROB BINTER JR., *Plaintiff*, v. UNITED HEALTHCARE SERVICES, INC., *Defendant*. | Case No. 23-cv-1063-LA<br><br>Judge Lynn Adelman<br><br>**CLASS ACTION** |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Plaintiff Binter and Defendant United Healthcare Services, Inc. hereby stipulate to the voluntary dismissal of this action without prejudice. Each party shall bear its own attorneys' fees and costs.

| | |
|---|---|
| DATED this 27th day of November, 2023.<br><br>By: */s/ Avi R. Kaufman*<br>Avi R. Kaufman (FL Bar no. 84382)<br>kaufman@kaufmanpa.com<br>KAUFMAN P.A.<br>237 South Dixie Highway Floor 4<br>Coral Gables, FL 33133<br>Telephone: (305) 469-5881<br><br>Stefan Coleman<br>law@stefancoleman.com<br>Coleman PLLC<br>66 West Flagler Street, Suite 900 | Respectfully submitted,<br><br><br>By: */s/ Carolyn A. DeLone*<br>Adam K. Levin<br>Carolyn A. DeLone<br>Katherine I. Culora<br>adam.levin@hoganlovells.com<br>carrie.delone@hoganlovells.com<br>katherine.culora@hoganlovells.com<br>HOGAN LOVELLS US LLP<br>555 13th Street, NW<br>Washington, DC 20004<br>Telephone: (202) 637-5600<br>Facsimile: (202) 637-5910 |

Miami, FL 33130
Telephone: (877) 333-9427
Facsimile: (888) 498-8946

*Attorneys for Plaintiff and the putative Class*

Joseph S. Goode
Benjamin W. Kuhlmann
JGoode@llgmke.com
BKuhlmann@llgmke.com
LAFFEY, LEITNER & GOODE LLC
325 E. Chicago Street, Suite 200
Milwaukee, WI 53202
Telephone: (414) 312-7003
Facsimile: (414) 755-7089

*Attorneys for Defendant United HealthCare Services, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing pleading via the Court's electronic filing system, pursuant to the Electronic Filing Procedures, on the attorneys of record.

This the 27th day of November, 2023.

*/s/ Avi R. Kaufman*
Avi R. Kaufman